# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

TREVOR DOUGLAS REID

Debtor(s).

Chapter 13

Case No. 2:23-bk-03897-EPB

**Declaration of Evidence of Employers' Payments Within 60 Days**

☒     Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐     Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐     Debtor has received the following payments from employers within 60 days prior to the filing of the petition: $ .

Debtor declares the foregoing to be true and correct under penalty of perjury.

Dated: _6/26/2023_

_Trevor Reid_
_____
Signature of Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Local Form 1007-2 (08/18)     Declaration of Evidence of Payments     Page 1



**marketforce**

**2134421**
2134421

| Shopper ID | Name | | | Total Payment: $27.25 | | | |
|---|---|---|---|---|---|---|---|
| | Reid,Trevor | | | | | | |
| **Client** | | **Assignment ID** | **Shop Date** | **Fee** | **Travel** | **Special** | **Total** |
| Five Guys Burgers | | 007085 - 19497009 | 4/13/2023 | 10.00 | 0.00 | 17.25 | 27.25 |

| Check Number: | 2134421 | Check Date: | 5/19/2023 |
|---|---|---|---|

Would you like to be paid up to 10 days faster each month? Payment by direct deposit is not only quicker, it's also safer. *The risk of lost, stolen or damaged checks is completely eliminated! Sign up for Direct Deposit on our* secure website, www.marketforceshopper.com, today!

| Shopper | | YTD Fees | 10.00 | TOTALS | 10.00 | 0.00 | 17.25 | 27.25 |
|---|---|---|---|---|---|---|---|---|